UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>SVG CONTRACTORS, INC.,<br><br>　　　Defendant. | Case No. 2:24-cv-06631-SB-KS<br><br>ORDER TO SHOW CAUSE |

　　　Plaintiffs filed their complaint against Defendant SVG Contractors, Inc. on August 6, 2024. On August 16, 2024, Plaintiffs served Defendant. *See* Dkt. No. 10. Defendant failed to timely respond, and Plaintiffs have not sought entry of default against Defendant. Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than September 27, 2024, why their claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.

　　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before September 27, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: September 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge

1